# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Charlene A Gordils § Case No. 12-45397
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/16/2012 . The undersigned trustee was appointed on 11/16/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $    18,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 267.41 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 17,732.59 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 10/01/2013 and the deadline for filing governmental claims was 10/01/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,550.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,550.00 , for a total compensation of $ 2,550.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 9.00 , for total expenses of $ 9.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/29/2015                By: /s/STEVEN R. RADTKE
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 12-45397 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Charlene A Gordils | | | | Date Filed (f) or Converted (c): | 11/16/2012 (f) |
| | | | | | 341(a) Meeting Date: | 01/07/2013 |
| For Period Ending: | 06/29/2015 | | | | Claims Bar Date: | 10/01/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential Real Estate Located At 5758 W. Ainslie, Apt. 1, | 41,440.00 | 18,000.00 | | 18,000.00 | FA |
| 2. Checking Account With Tcf Bank | 200.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account With Tcf Bank | 150.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Used Household Goods | 700.00 | 0.00 | | 0.00 | FA |
| 5. Personal Used Clothing | 225.00 | 0.00 | | 0.00 | FA |
| 6. Railroad Retirement Account Through Employer | 12,000.00 | 0.00 | | 0.00 | FA |
| 7. In Tax Year 2011, The Debtor Received A Tax Refund Of $6,083 | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2007 Nissan Versa With 68,000 Miles Value Per Kbb.Com | 6,056.00 | 0.00 | | 0.00 | FA |
| 9. 2003 Buick Century With 135,000 Miles Value Per Kbb.Com | 2,030.00 | 0.00 | | 0.00 | FA |
| 10. 2002 Dodge Caravan With 102,000 Miles Value Per Kbb.Com | 654.00 | 0.00 | | 0.00 | FA |
| 11. Void (u) | 0.00 | N/A | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
| TOTALS (Excluding Unknown Values) | $63,455.00 | $18,000.00 | | $18,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold his right, title and interest in Debtor's 1/6 interest in residential real estate located at 5758 W. Ainslie, Unit 1, Chicago, IL pursuant to order of Court. Debtor completed payments under settlement agreement. Trustee consulting with his accountant regarding tax consequences and preparing case for closing.

Initial Projected Date of Final Report (TFR): 12/31/2014     Current Projected Date of Final Report (TFR): 12/31/2015

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-45397 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Charlene A Gordils | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5513 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0120 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/29/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/14 | 1 | Charlene A. Gordils | Initial payment on right, title interest in real estate<br>Sale of debtor's right, title and interest in real estate located at 5758 West Ainslie, Apt 1, Chicago, IL | 1110-000 | $6,000.00 | | $6,000.00 |
| 02/27/14 | 1 | Charlene A. Gordils | 2/2014 installment payment | 1110-000 | $800.00 | | $6,800.00 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,790.00 |
| 03/31/14 | 1 | Charlene Gordils | 3/2014 installment payment | 1110-000 | $800.00 | | $7,590.00 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.29 | $7,579.71 |
| 04/25/14 | 1 | Charlene A. Gordils | 4/2014 installment<br>April 2014 installment payment per order of Court dated 3/25/14 | 1110-000 | $800.00 | | $8,379.71 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.14 | $8,368.57 |
| 05/27/14 | 1 | Charlene A. Gordils | 5/2014 installment payment<br>May 2014 installment per order of Court dated 3/25/14 | 1110-000 | $800.00 | | $9,168.57 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.63 | $9,155.94 |
| 06/23/14 | 1 | Charlene A. Gordils | Installment payment per order of Court dated 3/25/14 | 1110-000 | $4,000.00 | | $13,155.94 |
| 06/26/14 | 1 | Charlene A. Gordils | 6/2014 installment payment<br>June 2014 installment payment per order of Court dated 3/25/14 | 1110-000 | $800.00 | | $13,955.94 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.09 | $13,939.85 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                       Page Subtotals:                       $14,000.00          $60.15

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-45397 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Charlene A Gordils | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5513 |
| | Checking |
| Taxpayer ID No: XX-XXX0120 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/29/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/28/14 | 1 | Charlene A. Gordils | 7/2014 installment payment July 2014 installment payment per order of Court dated 3/25/14 | 1110-000 | $800.00 | | $14,739.85 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.99 | $14,718.86 |
| 08/26/14 | 1 | Charlene A. Gordils | 8/2014 installment payment August 2014 installment payment per order of Court dated 3/25/14 | 1110-000 | $800.00 | | $15,518.86 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.15 | $15,496.71 |
| 09/29/14 | 1 | Charlene A. Gordils | 9/2014 installment payment September 2014 installment payment per order of Court dated 3/25/14 | 1110-000 | $200.00 | | $15,696.71 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.32 | $15,674.39 |
| 10/13/14 | 1 | Charlene A. Gordils | 10/2104 installment payment October 2014 installment payment per order of Court dated 3/25/14 | 1110-000 | $200.00 | | $15,874.39 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.49 | $15,850.90 |
| 11/10/14 | 1 | Charlene A. Gordils | 11/2014 installment payment November 2014 installment payment per order of Court dated 3/25/14 | 1110-000 | $200.00 | | $16,050.90 |
| 12/04/14 | 1 | Charlene A. Gordils | 12/2014 installment payment per order of Court dated 3/25/14 | 1110-000 | $200.00 | | $16,250.90 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.01 | $16,227.89 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*              Page Subtotals:              $2,400.00       $111.96

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-45397 | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|
| Case Name: | Charlene A Gordils | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5513 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0120 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/29/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.10 | $16,203.79 |
| 01/15/15 | 1 | Charlene A. Gordils | 1/2015 installment payment per order of Court dated 3/25/14 | 1110-000 | $200.00 | | $16,403.79 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.25 | $16,379.54 |
| 02/10/15 | 1 | Charlene A. Gordils | 2/2015 installment payment per order of Court entered 3/25/14 | 1110-000 | $200.00 | | $16,579.54 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.18 | $16,557.36 |
| 03/16/15 | 1 | Charlene A. Gordils | 3/2015 installment payment pursuant to order of Court entered 3/25/14 | 1110-000 | $200.00 | | $16,757.36 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.77 | $16,732.59 |
| 04/22/15 | 1 | Charlene A. Gordils | 4/2015 installment payment pursuant to order of Court entered 3/25/14 | 1110-000 | $200.00 | | $16,932.59 |
| 05/04/15 | 1 | Charlene A. Gordils | Final payment pursuant to order of Court entered 3/25/14 | 1110-000 | $800.00 | | $17,732.59 |

| | | |
|---|---|---|
| COLUMN TOTALS | $18,000.00 | $267.41 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $18,000.00 | $267.41 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,000.00 | $267.41 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*        Page Subtotals:        $1,600.00        $95.30

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5513 - Checking | $18,000.00 | $267.41 | $17,732.59 |
| | $18,000.00 | $267.41 | $17,732.59 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $18,000.00 |
| Total Gross Receipts: | $18,000.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 12-45397  
Debtor Name: Charlene A Gordils  
Claims Bar Date: 10/1/2013

Date: June 29, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $2,550.00 | $2,550.00 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $9.00 | $9.00 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $3,937.50 | $3,937.50 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $10.32 | $10.32 |
| 1 300 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $2,851.26 | $2,851.26 |
| 2 300 7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $4,372.51 | $4,372.51 |
| 3 300 7100 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $335.11 | $335.11 |
| 4 300 7100 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $80.68 | $80.68 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-45397  
Debtor Name: Charlene A Gordils  
Claims Bar Date: 10/1/2013  

Date: June 29, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $153.69 | $153.69 |
| 6 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $112.42 | $112.42 |
| 7 300 7100 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Unsecured | | $0.00 | $2,764.60 | $2,764.60 |
| 8 300 7100 | N. A. Capital One Capital One, N.A. C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $452.49 | $452.49 |
| 9 300 7100 | Capital Recovery V, Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Unsecured | | $0.00 | $2,457.23 | $2,457.23 |
| 10 300 7100 | Capital Recovery V, Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Unsecured | | $0.00 | $820.82 | $820.82 |
| | Case Totals | | | $0.00 | $20,907.63 | $20,907.63 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-45397  
Case Name: Charlene A Gordils  
Trustee Name: STEVEN R. RADTKE  

|  | Balance on hand | $ | 17,732.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 2,550.00 | $ 0.00 | $ 2,550.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 9.00 | $ 0.00 | $ 9.00 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 3,937.50 | $ 0.00 | $ 3,937.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 10.32 | $ 0.00 | $ 10.32 |

Total to be paid for chapter 7 administrative expenses     $ 6,506.82  
Remaining Balance     $ 11,225.77

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,400.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 78.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 2,851.26 | $ 0.00 | $ 2,222.62 |
| 2 | N. A. Capital One Bank (Usa) | $ 4,372.51 | $ 0.00 | $ 3,408.47 |
| 3 | Quantum3 Group Llc As Agent For | $ 335.11 | $ 0.00 | $ 261.23 |
| 4 | Quantum3 Group Llc As Agent For | $ 80.68 | $ 0.00 | $ 62.89 |
| 5 | Quantum3 Group Llc As Agent For | $ 153.69 | $ 0.00 | $ 119.80 |
| 6 | Quantum3 Group Llc As Agent For | $ 112.42 | $ 0.00 | $ 87.63 |
| 7 | Ecast Settlement Corporation, Assignee | $ 2,764.60 | $ 0.00 | $ 2,155.07 |
| 8 | N. A. Capital One | $ 452.49 | $ 0.00 | $ 352.73 |
| 9 | Capital Recovery V, Llc | $ 2,457.23 | $ 0.00 | $ 1,915.47 |
| 10 | Capital Recovery V, Llc | $ 820.82 | $ 0.00 | $ 639.86 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 11,225.77 |
| Remaining Balance | $ 0.00 |

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE