# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Charlene A Gordils | § | Case No. 12-45397 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                      219 S. Dearborn Street
                      Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

                10:30 a.m. on September 15, 2015
                in Courtroom  613, U.S. Courthouse
                219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____
                                                                                 Clerk of the Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Charlene A Gordils | § | Case No. 12-45397 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 18,000.00 |
| and approved disbursements of | $ | 267.41 |
| leaving a balance on hand of[1] | $ | 17,732.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 2,550.00 | $ 0.00 | $ 2,550.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 9.00 | $ 0.00 | $ 9.00 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 3,937.50 | $ 0.00 | $ 3,937.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 10.32 | $ 0.00 | $ 10.32 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,506.82 |
| Remaining Balance | | $ | 11,225.77 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,400.81  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  78.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 2,851.26 | $ 0.00 | $ 2,222.62 |
| 2 | N. A. Capital One Bank (Usa) | $ 4,372.51 | $ 0.00 | $ 3,408.47 |
| 3 | Quantum3 Group Llc As Agent For | $ 335.11 | $ 0.00 | $ 261.23 |
| 4 | Quantum3 Group Llc As Agent For | $ 80.68 | $ 0.00 | $ 62.89 |
| 5 | Quantum3 Group Llc As Agent For | $ 153.69 | $ 0.00 | $ 119.80 |
| 6 | Quantum3 Group Llc As Agent For | $ 112.42 | $ 0.00 | $ 87.63 |
| 7 | Ecast Settlement Corporation, Assignee | $ 2,764.60 | $ 0.00 | $ 2,155.07 |
| 8 | N. A. Capital One | $ 452.49 | $ 0.00 | $ 352.73 |
| 9 | Capital Recovery V, Llc | $ 2,457.23 | $ 0.00 | $ 1,915.47 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Capital Recovery V, Llc | $ 820.82 | $ 0.00 | $ 639.86 |
| | Total to be paid to timely general unsecured creditors | | $ | 11,225.77 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Charlene A Gordils  
    Debtor

Case No. 12-45397-TAB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: arodarte      Page 1 of 2      Date Rcvd: Aug 04, 2015  
                   Form ID: pdf006     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2015.

```
db          +Charlene A Gordils,    5758 W. Ainslie,    Apt. 1,    Chicago, IL 60630-2018
aty         +Chill, Chill & Radtke, P.C.,    79 W. Monroe Street,    Suite 1305,    Chicago, IL 60603-4925
19700865    +Blkhwk Fin,    2400 Devon Avenue,    Des Plaines, IL 60018-4619
19700867    +Cap1/bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
19700868    +Cap1/carsn,    Po Box 5253,    Carol Stream, IL 60197-5253
20750060     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
20948653     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19700869    +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
              Salt Lake City, UT 84130-0285
19700870    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19700871    +Comenity Bank/lnbryant,    4590 E Broad St,    Columbus, OH 43213-1301
19700873    +Fashion Bug,    PO Box 84073,    Columbus, GA 31908-4073
19700878   ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court: Nissan Motor,    Attn: bankruptcy,    8900 Freeport Parkway,
              Irving, TX 75063)
19700879    +Sears/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
19700880    +Victoria's Secret,    Attention: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
19700881   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
              Frederick, MD 21701)
19700882    +Wfnnb/tsa,    Attention: Bankruptcy,    Po Box 182685,    Columbus, OH 43218-2685
19700883    +Zale/cbsd,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
20948652     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19700866    +E-mail/Text: ebn@squaretwofinancial.com Aug 05 2015 01:38:42     Cach Llc/Square Two Financial,
              Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
21056143     E-mail/PDF: rmscedi@recoverycorp.com Aug 05 2015 01:43:00     Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20694977     E-mail/PDF: mrdiscen@discover.com Aug 05 2015 01:43:14     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19700872    +E-mail/PDF: mrdiscen@discover.com Aug 05 2015 01:43:14     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
19700874    +E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2015 01:42:58     Gecrb/tjx Cos Dc,    Po Box 965015,
              Orlando, FL 32896-5015
19700875    +E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2015 10:56:47     Gemb/gapdc,    Attn: bankruptcy,
              Po Box 103104,    Roswell, GA 30076-9104
19700876    +E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2015 10:56:47     Gemb/walmart,    Attn: Bankruptcy,
              Po Box 103104,    Roswell, GA 30076-9104
19700877    +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 05 2015 01:36:43     Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
20871040     E-mail/Text: bnc-quantum@quantum3group.com Aug 05 2015 01:37:21
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 9
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2015                                                   Signature:  /s/Joseph Speetjens

```
District/off: 0752-1         User: arodarte              Page 2 of 2                Date Rcvd: Aug 04, 2015
                             Form ID: pdf006             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2015 at the address(es) listed below:
              Andrew K. Weiss    on behalf of Debtor Charlene A Gordils notices@uprightlaw.com,
               aweiss@uprightlaw.com;aweiss@ecf.inforuptcy.com
              Jasmani  Francis    on behalf of Creditor   Blackhawk Finance, Inc. jfrancis21@msn.com,
               jfrancis@jf-legal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Radtke    sradtke@chillchillradtke.com,   sradtke@ecf.epiqsystems.com
              Steven R Radtke    on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com,
               sradtke@ecf.epiqsystems.com
                                                                                           TOTAL: 5
```