UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Charlene A Gordils § Case No. 12-45397
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 5,686.00<br>*(Without deducting any secured claims)* | Assets Exempt: 31,329.00 |
| Total Distributions to Claimants: 11,225.77 | Claims Discharged<br>Without Payment: 227,821.04 |
| Total Expenses of Administration: 6,774.23 | |

    3) Total gross receipts of $ 18,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 18,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 200,014.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,774.23 | 6,774.23 | 6,774.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 24,632.00 | 14,400.81 | 14,400.81 | 11,225.77 |
| **TOTAL DISBURSEMENTS** | $ 224,646.00 | $ 21,175.04 | $ 21,175.04 | $ 18,000.00 |

   4)  This case was originally filed under chapter 7 on  11/16/2012 . The case was pending for 36 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  11/03/2015           By:/s/STEVEN R. RADTKE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Residential Real Estate Located At 5758 W. Ainslie, Apt. 1, | 1110-000 | 18,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 18,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blkhwk Fin 2400 Devon Avenue Des Plaines, IL 60018 | | 3,943.00 | NA | NA | 0.00 |
| | Nissan Motor Attn: bankruptcy 8900 Freeport Parkway Irving, TX 75063 | | 3,663.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 192,408.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 200,014.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 2,550.00 | 2,550.00 | 2,550.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 9.00 | 9.00 | 9.00 |
| Associated Bank | 2600-000 | NA | 267.41 | 267.41 | 267.41 |
| STEVEN R. RADTKE | 3110-000 | NA | 3,937.50 | 3,937.50 | 3,937.50 |
| STEVEN R. RADTKE | 3120-000 | NA | 10.32 | 10.32 | 10.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 6,774.23** | **$ 6,774.23** | **$ 6,774.23** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cach Llc/Square Two Financial Attention: Bankruptcy 4340 South Monaco St. 2nd Floor Denver, CO 80237 | | 3,595.00 | NA | NA | 0.00 |
| | Cap1/bstby Po Box 5253 Carol Stream, IL 60197 | | 186.00 | NA | NA | 0.00 |
| | Cap1/carsn Po Box 5253 Carol Stream, IL 60197 | | 834.00 | NA | NA | 0.00 |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | 4,372.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 2,764.00 | NA | NA | 0.00 |
| | Comenity Bank/lnbryant 4590 E Broad St Columbus, OH 43213 | | 84.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 2,896.00 | NA | NA | 0.00 |
| | Fashion Bug PO Box 84073 Columbus, GA 31908 | | 255.00 | NA | NA | 0.00 |
| | Gecrb/tjx Cos Dc Po Box 965015 Orlando, FL 32896 | | 2,457.00 | NA | NA | 0.00 |
| | Gemb/gapdc Attn: bankruptcy Po Box 103104 Roswell, GA 30076 | | 2,054.00 | NA | NA | 0.00 |
| | Gemb/walmart Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 820.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 385.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6497 Sioux Falls, SD 57117 | | 3,595.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Victoria's Secret Attention: Bankruptcy Po Box 182125 Columbus, OH 43218 | | 47.00 | NA | NA | 0.00 |
| | Wfnnb/tsa Attention: Bankruptcy Po Box 182685 Columbus, OH 43218 | | 65.00 | NA | NA | 0.00 |
| | Zale/cbsd Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 223.00 | NA | NA | 0.00 |
| 10 | Capital Recovery V, Llc | 7100-000 | NA | 820.82 | 820.82 | 639.86 |
| 9 | Capital Recovery V, Llc | 7100-000 | NA | 2,457.23 | 2,457.23 | 1,915.47 |
| 1 | Discover Bank | 7100-000 | NA | 2,851.26 | 2,851.26 | 2,222.62 |
| 7 | Ecast Settlement Corporation, Assignee | 7100-000 | NA | 2,764.60 | 2,764.60 | 2,155.07 |
| 8 | N. A. Capital One | 7100-000 | NA | 452.49 | 452.49 | 352.73 |
| 2 | N. A. Capital One Bank (Usa) | 7100-000 | NA | 4,372.51 | 4,372.51 | 3,408.47 |
| 3 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 335.11 | 335.11 | 261.23 |
| 4 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 80.68 | 80.68 | 62.89 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 153.69 | 153.69 | 119.80 |
| 6 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 112.42 | 112.42 | 87.63 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 24,632.00 | $ 14,400.81 | $ 14,400.81 | $ 11,225.77 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-45397 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Charlene A Gordils | | | | Date Filed (f) or Converted (c): | 11/16/2012 (f) |
| | | | | | 341(a) Meeting Date: | 01/07/2013 |
| For Period Ending: | 11/03/2015 | | | | Claims Bar Date: | 10/01/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential Real Estate Located At 5758 W. Ainslie, Apt. 1, | 41,440.00 | 18,000.00 | | 18,000.00 | FA |
| 2. Checking Account With Tcf Bank | 200.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account With Tcf Bank | 150.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Used Household Goods | 700.00 | 0.00 | | 0.00 | FA |
| 5. Personal Used Clothing | 225.00 | 0.00 | | 0.00 | FA |
| 6. Railroad Retirement Account Through Employer | 12,000.00 | 0.00 | | 0.00 | FA |
| 7. In Tax Year 2011, The Debtor Received A Tax Refund Of $6,083 | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2007 Nissan Versa With 68,000 Miles Value Per Kbb.Com | 6,056.00 | 0.00 | | 0.00 | FA |
| 9. 2003 Buick Century With 135,000 Miles Value Per Kbb.Com | 2,030.00 | 0.00 | | 0.00 | FA |
| 10. 2002 Dodge Caravan With 102,000 Miles Value Per Kbb.Com | 654.00 | 0.00 | | 0.00 | FA |
| 11. Void (u) | 0.00 | N/A | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $63,455.00 | $18,000.00 | | $18,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold his right, title and interest in Debtor's 1/6 interest in residential real estate located at 5758 W. Ainslie, Unit 1, Chicago, IL pursuant to order of Court. Debtor completed payments under settlement agreement. Trustee consulting with his accountant regarding tax consequences and preparing case for closing. (TFR submitted to UST 7/2/15)

Initial Projected Date of Final Report (TFR): 12/31/2014   Current Projected Date of Final Report (TFR): 12/31/2015

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-45397 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Charlene A Gordils | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5513 |
| | Checking |
| Taxpayer ID No: XX-XXX0120 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/03/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/14 | 1 | Charlene A. Gordils | Initial payment on right, title interest in real estate<br>Sale of debtor's right, title and interest in real estate located at 5758 West Ainslie, Apt 1, Chicago, IL | 1110-000 | $6,000.00 | | $6,000.00 |
| 02/27/14 | 1 | Charlene A. Gordils | 2/2014 installment payment | 1110-000 | $800.00 | | $6,800.00 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,790.00 |
| 03/31/14 | 1 | Charlene Gordils | 3/2014 installment payment | 1110-000 | $800.00 | | $7,590.00 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.29 | $7,579.71 |
| 04/25/14 | 1 | Charlene A. Gordils | 4/2014 installment<br>April 2014 installment payment per order of Court dated 3/25/14 | 1110-000 | $800.00 | | $8,379.71 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.14 | $8,368.57 |
| 05/27/14 | 1 | Charlene A. Gordils | 5/2014 installment payment<br>May 2014 installment per order of Court dated 3/25/14 | 1110-000 | $800.00 | | $9,168.57 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.63 | $9,155.94 |
| 06/23/14 | 1 | Charlene A. Gordils | Installment payment per order of Court dated 3/25/14 | 1110-000 | $4,000.00 | | $13,155.94 |
| 06/26/14 | 1 | Charlene A. Gordils | 6/2014 installment payment<br>June 2014 installment payment per order of Court dated 3/25/14 | 1110-000 | $800.00 | | $13,955.94 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.09 | $13,939.85 |
| | | | Page Subtotals: | | $14,000.00 | $60.15 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Case 12-45397   Doc 52   Filed 11/25/15   Entered 11/25/15 10:43:32   Desc Main
Document     Page 12 of 16

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-45397 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Charlene A Gordils | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5513 |
| | Checking |
| Taxpayer ID No: XX-XXX0120 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/03/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/28/14 | 1 | Charlene A. Gordils | 7/2014 installment payment July 2014 installment payment per order of Court dated 3/25/14 | 1110-000 | $800.00 | | $14,739.85 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.99 | $14,718.86 |
| 08/26/14 | 1 | Charlene A. Gordils | 8/2014 installment payment August 2014 installment payment per order of Court dated 3/25/14 | 1110-000 | $800.00 | | $15,518.86 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.15 | $15,496.71 |
| 09/29/14 | 1 | Charlene A. Gordils | 9/2014 installment payment September 2014 installment payment per order of Court dated 3/25/14 | 1110-000 | $200.00 | | $15,696.71 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.32 | $15,674.39 |
| 10/13/14 | 1 | Charlene A. Gordils | 10/2104 installment payment October 2014 installment payment per order of Court dated 3/25/14 | 1110-000 | $200.00 | | $15,874.39 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.49 | $15,850.90 |
| 11/10/14 | 1 | Charlene A. Gordils | 11/2014 installment payment November 2014 installment payment per order of Court dated 3/25/14 | 1110-000 | $200.00 | | $16,050.90 |
| 12/04/14 | 1 | Charlene A. Gordils | 12/2014 installment payment per order of Court dated 3/25/14 | 1110-000 | $200.00 | | $16,250.90 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.01 | $16,227.89 |
| | | | Page Subtotals: | | $2,400.00 | $111.96 | |

UST Form 101-7-TDR (10/1/2010)  *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-45397 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Charlene A Gordils | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5513 |
| | Checking |
| Taxpayer ID No: XX-XXX0120 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/03/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.10 | $16,203.79 |
| 01/15/15 | 1 | Charlene A. Gordils | 1/2015 installment payment per order of Court dated 3/25/14 | 1110-000 | $200.00 | | $16,403.79 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.25 | $16,379.54 |
| 02/10/15 | 1 | Charlene A. Gordils | 2/2015 installment payment per order of Court entered 3/25/14 | 1110-000 | $200.00 | | $16,579.54 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.18 | $16,557.36 |
| 03/16/15 | 1 | Charlene A. Gordils | 3/2015 installment payment pursuant to order of Court entered 3/25/14 | 1110-000 | $200.00 | | $16,757.36 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.77 | $16,732.59 |
| 04/22/15 | 1 | Charlene A. Gordils | 4/2015 installment payment pursuant to order of Court entered 3/25/14 | 1110-000 | $200.00 | | $16,932.59 |
| 05/04/15 | 1 | Charlene A. Gordils | Final payment pursuant to order of Court entered 3/25/14 | 1110-000 | $800.00 | | $17,732.59 |
| 09/30/15 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,550.00 | $15,182.59 |
| 09/30/15 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $9.00 | $15,173.59 |
| | | | Page Subtotals: | | $1,600.00 | $2,654.30 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-45397 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Charlene A Gordils | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5513 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0120 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/03/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/30/15 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $3,937.50 | $11,236.09 |
| 09/30/15 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $10.32 | $11,225.77 |
| 09/30/15 | 1005 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 77.95 % per court order. | 7100-000 | | $2,222.62 | $9,003.15 |
| 09/30/15 | 1006 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 77.95 % per court order. | 7100-000 | | $3,408.47 | $5,594.68 |
| 09/30/15 | 1007 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 3 representing a payment of 77.95 % per court order. | 7100-000 | | $261.23 | $5,333.45 |
| 09/30/15 | 1008 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 4 representing a payment of 77.95 % per court order. | 7100-000 | | $62.89 | $5,270.56 |
| 09/30/15 | 1009 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 5 representing a payment of 77.95 % per court order. | 7100-000 | | $119.80 | $5,150.76 |
| 09/30/15 | 1010 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 6 representing a payment of 77.95 % per court order. | 7100-000 | | $87.63 | $5,063.13 |

Page Subtotals: $0.00   $10,110.46

UST Form 101-7-TDR (10/1/2010) (Page: 14)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-45397 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Charlene A Gordils | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5513 |
| | Checking |
| Taxpayer ID No: XX-XXX0120 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/03/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/30/15 | 1011 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution to claim 7 representing a payment of 77.95 % per court order. | 7100-000 | | $2,155.07 | $2,908.06 |
| 09/30/15 | 1012 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 8 representing a payment of 77.95 % per court order. | 7100-000 | | $352.73 | $2,555.33 |
| 09/30/15 | 1013 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 9 representing a payment of 77.95 % per court order. | 7100-000 | | $1,915.47 | $639.86 |
| 09/30/15 | 1014 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 10 representing a payment of 77.95 % per court order. | 7100-000 | | $639.86 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $18,000.00 | $18,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $18,000.00 | $18,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,000.00 | $18,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Page Subtotals: $0.00  $5,063.13

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5513 - Checking | $18,000.00 | $18,000.00 | $0.00 |
|  | $18,000.00 | $18,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| **Total Net Deposits:** | $18,000.00 |
| Total Gross Receipts: | $18,000.00 |

Page Subtotals:   $0.00   $0.00